# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 55 MM 2016
:
          Respondent : 
:
:
:
:
          v. : 
:
:
:
STEWART C. SMITH, : 
:
          Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2016, the Application for Leave for Extraordinary Jurisdiction is **DENIED**.